

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2019

No. 04-18-00728-CV

**IN THE INTEREST A.N.J.**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02188
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellant A.J. is the presumed father of K.M.J. and A.N.J., though the children were born of different mothers. In separate causes, the Department petitioned to terminate A.J.'s rights to each of the children, and the causes were tried together. The trial court terminated A.J.'s parental rights to the children, and he filed a notice of appeal in each cause. A.J. is represented by the same court-appointed appellate counsel in each appeal.

After the appellate records and A.J.'s briefs were filed, the Department moved to consolidate the appeals. Having considered the motion to consolidate, we conclude that the appeals should be consolidated for all remaining briefs and any oral argument. The Department's motion to consolidate the appeals is GRANTED.

The parties shall file all remaining motions, briefs, and other documents as if the two appeals were one case, but shall include both appeal numbers with the style of the case. *See* TEX. R. APP. P. 9.3(a). The records for the two appeals shall remain separated.

If the appeals are submitted on oral argument, both appeals shall be argued together as a single appeal; the court will decide the total time limit for each side. *See id.* R. 39.3. The court will dispose of the entire case with the same judgment, opinion, and mandate. This order does not extend the existing briefing schedule.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court